# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**MICHAEL PARTIDA,**

    **Plaintiff,**

**vs.**                                       **Case No. 4:16cv542-MW/CAS**

**JACKIE MARTIN, et al.,**

    **Defendants.**

_____/

## REPORT AND RECOMMENDATION

Plaintiff initiated this case pro se as a pretrial detainee at the Wakulla County Jail in August 2016. Plaintiff was granted in forma pauperis status, ECF No. 5, and his second amended complaint, ECF No. 7, was reviewed and deemed sufficient for service. ECF No. 8. Plaintiff submitted service copies as required, ECF No. 9, and thereafter filed a premature "request to file summary judgement [sic]." ECF No. 11. That request was filed on December 1, 2016. Nothing further has been received from Plaintiff. More importantly, mail sent from the Court to Plaintiff was returned to the Court as "undeliverable." No information was provided other than a postal stamp directing the mail to be returned to sender, and noting "unable to forward."

ECF No. 21. This case cannot continue if mail from the Court cannot reach Plaintiff.

Notably, none of the three named Defendants (Major Jackie Martin, Captain Porter, and Deputy Joseph Cannady) returned the waiver request forms. *See* ECF No. 13. An Order was entered directing service, ECF No. 16, and although Defendant Cannady was served with process on January 5, 2017, ECF No. 19, no response to the complaint was filed.

It would appear that Plaintiff has abandoned this litigation. Every Order entered in this case included a notification to Plaintiff that he "must keep the Clerk of Court advised of any change in his mailing address . . . ." *See* ECF No. 16 at 3-4, ECF No. 12 at 2; ECF No. 10 at 6; ECF No. 8 at 2; ECF No. 6 at 9; ECF No. 5 at 3. Plaintiff was warned that this case may be dismissed if orders are not able to reach Plaintiff. ECF No. 16 at 3-4. Because mail has been returned to the Court and Plaintiff's whereabouts are unknown, this case should now be dismissed.

**Recommendation**

In light of the foregoing, it is respectfully **RECOMMENDED** that this case be **DISMISSED** for failure to prosecute and comply with Court Orders.

**IN CHAMBERS** at Tallahassee, Florida, on March 15, 2017.

S/    Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2). A copy of the objections shall be served upon all other parties. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Fed. R. Civ. P. 72(b)(2). Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control. If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**

Case No. 4:16cv542-MW/CAS