IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MICHAEL PARTIDA,

    Plaintiff,

v.                              Case No. 4:16cv542-MW/CAS

JACKIE MARTIN, et al.,

    Defendants.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 22. Upon consideration, no objections having been filed by the parties,[1]

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** for failure to prosecute and comply with Court orders." The Clerk shall close the file.

**SO ORDERED on April 17, 2017.**

                                        **s/Mark E. Walker    **
                                        **United States District Judge**

---

[1] Plaintiff has failed to keep the Court advised of his mailing address as evidenced by returned mail.